Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

VICTORIA_____ Division

United States Courts
Southern District of Texas
F I L E D

AUG 30 2019

David J. Bradley
Clerk of Court

Mr. Henry Aladiume

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Ms. Sonia Rodriguez
Ms. Christina Ramirez
Mr. Robert Smith
Ms. Lynelda Cuerro

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 6:19-cv-79
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Mr. Henry Aladiume |
| Street Address | 2904 Miori Lane #206 |
| City and County | Victoria |
| State and Zip Code | 77901 |
| Telephone Number | 832.705.3963 |
| E-mail Address | henryychi24@gmail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Ms.Christina Ramirez |
| Job or Title *(if known)* | Regional HR Director,Region 8 - South Texas |
| Street Address | 16503 Nacogdoches Rd. |
| City and County | San Antonio |
| State and Zip Code | Texas 78247 |
| Telephone Number | (210) 564-6724 |
| E-mail Address *(if known)* | christina.ramirez@wal-mart.com |

Defendant No. 2

| | |
|---|---|
| Name | Ms.Sonia Rodriguez |
| Job or Title *(if known)* | Market HR ManagerMarkets 84 & 87 |
| Street Address | 1209 IH 35 South |
| City and County | New Braunfels |
| State and Zip Code | TX 78130 |
| Telephone Number | (830) 220-3970 |
| E-mail Address *(if known)* | sonia.rodriguez@walmart.com |

Defendant No. 3

| | |
|---|---|
| Name | Mr.Robert Smith |
| Job or Title *(if known)* | Store Manager |
| Street Address | 400 Tiney Browning Blvd |
| City and County | Port Lavaca |
| State and Zip Code | Texas,77979 |
| Telephone Number | (361) 552-4116 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Ms. Lynelda Cuerro |
| Job or Title *(if known)* | Human Resource,Cordinator |
| Street Address | 400 Tiney Browning Blvd |
| City and County | Port Lavaca |
| State and Zip Code | Texas,77979 |
| Telephone Number | (361) 552-4116 |
| E-mail Address *(if known)* | |

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Walmart Supercenter |
| Street Address | 400 Tiney Browning Blvd |
| City and County | Port Lavaca |
| State and Zip Code | Texas, 77979 |
| Telephone Number | (361) 552-4116 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

[✔] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[✔] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

[ ] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ] Other federal law *(specify the federal law)*:

[ ] Relevant state law *(specify, if known)*:

[ ] Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [ ] Failure to hire me.
- [✔] Termination of my employment.
- [ ] Failure to promote me.
- [ ] Failure to accommodate my disability.
- [✔] Unequal terms and conditions of my employment.
- [✔] Retaliation.
- [ ] Other acts *(specify)*: See attcahed documents

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)
November,15th,2015 and June,30th,2016

C. I believe that defendant(s) *(check one)*:
- [✔] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- [✔] race — Black African
- [✔] color — Black
- [✔] gender/sex — Male
- [✔] religion — Christian
- [✔] national origin — Nigerian
- [✔] age *(year of birth)* — 48 *(only when asserting a claim of age discrimination.)*
- [ ] disability or perceived disability *(specify disability)*

E. The facts of my case are as follows. Attach additional pages if needed.

I started receiving unfair and discriminatory write-ups from Store Mgr., Robert Smith after he assumed leadership of the store in November, 2015.During the following weeks, I received additional write - ups which I believe were malicious. I believe that Smith conspired with other associates whose intentions were to violate the company policy. In March 2016 I believe I may have been retaliated against after I submitted email documents to HR Managers Brenda Curry and Sonya Rodrguez.In my emails I complained about the frequency and number of negative write-ups that I received from Smith. I also complained about unfair treatment. I believe I was treated less favorably than Automotive Department Mgr. Barbara Horton (White-Female).In May 2016, I was denied my annual vacation and on June, 30th 2016 I got terminated before I could go on FMLA.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*
MARCH,7TH,2017

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)* ~~08/25/2019~~ 06/04/2019

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.
☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am humbly requesting the court to order Walmart to pay me for damages resulting from discrimination that led loss of job and career in retail;injury to my reputation ;harm to my family and life;resulting health and emotional problems and denial of guaranteed government benefits.I am seeking damages to the tune of thirty million dollars.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:       08/25/2019

Signature of Plaintiff      henry aladiume
Printed Name of Plaintiff   HENRY ALADIUME

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address