2904 Miori Lane #206

Victoria, Texas

77901

09/28/2019

David J Bradley

Clerk

United States District Court

Southern District of Texas

312 S.Main Street

Room 406

Victoria, TX, 77901

United States Courts
Southern District of Texas
F I L E D
SEP 3 0 2019
David J. Bradley
Clerk of Court

### HENRY ALADIUME VS CHRISTINA RAMIREZ ET AL-CASE NUMBR-6:19-cv-00079:

### REQUEST FOR JUDGMENT TO BE ENTERED AGAINST THE DEFENDANTS FOR FAILURE TO SERVE THE ANSWER TO THE PLAINTIFF WITHIN THE TIME FRAME STIPULATED BY THE COURT

I am writing with regard to the rules or stipulation contained in the letter of summons which states that upon receipt of the summons the defendants- CHRISTINA RAMIREZ ET AL- are supposed to serve me the plaintiff- HENRY ALADIUME an answer at the above named address within 21 days. The court records shows that the defendants in this case received the summons on September 3rd ,2019 and had up till September ,24th ,2019 to respond.

I wish to inform the court that the defendants CHRISTINA RAMIREZ ET AL- have made no reasonable effort and have failed to deliver the answer to me at my home address as stipulated in the letter of summons. That as of 9.07am today September,28th ,2019 ,that CHRISTINA RAMIREZ ET AL or their attorneys have acted in willful disregard and in breach of court rules and procedure by not delivering an answer to the plaintiff-Mr. Henry Aladiume.

I am hereby informing the court that the defendants- CHRISTINA RAMIREZ ET AL have acted in disregard of lawful court rules and procedure and I the- plaintiff Henry Aladiume am hereby praying that

the court enters a judgement against the defendants- CHRISTINA RAMIREZ ET AL from the date of the receipt of this letter.

I am looking forward to a favorable review of my request and a response using the attached return envelope.

Kindly, let me know of any updates.

Thanks and Best Regards.

Sincerely,

Henry Aladiume