United States District Court
Southern District of Texas
**ENTERED**
April 12, 2021
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# VICTORIA DIVISION

| | |
|---|---|
| **HENRY ALADIUME,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Case No. 6:19-CV-00079 |
| § | |
| **WALMART SUPERCENTER and** § | |
| **WAL-MART STORES TEXAS, L.L.C.,** § | |
| § | |
| Defendants. § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Pending before the Court is the Notice of Dismissal with Prejudice filed by the Parties. (Dkt. No. 105). After reviewing the Notice, the record and the applicable law, the Court is of the opinion that it should be **GRANTED**.

It is therefore **ORDERED** that all claims brought by Plaintiff against Defendant in this Civil Action are **DISMISSED WITH PREJUDICE**. Costs of court and attorney's fees are to be borne by the party incurring same.

This is a **FINAL JUDGMENT**.

SIGNED this April 10, 2021.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**